IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN O. ALI, | **Old Case No. 1:08cv0665 LJO DLB** <br> **New Case No. 1:08cv0665 LJO SMS** |
| Plaintiff, | ORDER DISQUALIFYING <br> MAGISTRATE JUDGE |
| vs. | |
| CHEVRON CREDIT BANK, NA, | |
| Defendant. | |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:08cv0665 LJO SMS**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **June 4, 2008**           /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1