Gennaro A. Filice III, Bar No. 061112
Richard V. Normington, Bar No. 130228
Daniel J. Nichols, Bar No. 238367
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, Suite 1800
Oakland, California 94612-3520
Telephone:    510.444.3131
Facsimile:    510.839.7940

Attorneys for Defendant
Chevron Credit Bank NA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIVISION - FRESNO

| | |
|---|---|
| Hussein O. Ali,<br><br>             Plaintiff,<br><br>v.<br><br>Chevron Credit Bank NA,<br><br>             Defendant. | Case No.  1:08-CV-00665-LJO-DLB<br><br>**STIPULATED ORDER OF DISMISSAL**<br>**(Fed. R. Civ. P. 41(a)(1)(ii))** |

The Court has reviewed the Stipulation of the parties and the terms and conditions of the Settlement Agreement and General Release attached to this Order as Exhibit 1 and incorporated in this Order as if fully set forth in it.  Accordingly,

IT IS ORDERED that:

1. This matter is dismissed with prejudice.

2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement and General Release attached to and incorporated in this Order.

3. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and

1
**[PROPOSED] STIPULATED ORDER OF DISMISSAL**

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

1    4.  Each party is to bear its own costs, as provided for in the Settlement Agreement and
2 General Release.
3    5. The clerk is directed to close this action.
4 IT IS SO ORDERED.

6 DATED: October 22, 2008                              /s/ Lawrence J. O'Neill
7                                                     U.S. District Judge

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

- 2 -

[PROPOSED] STIPULATED ORDER OF DISMISSAL